# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  v.                                           **Case No. 08-CR-263**

**REGINALD BLOUNT**
        **Defendant.**

## ORDER

On January 15, 2010, I sentenced defendant Reginald Blount to 72 months in prison followed by two years of supervised release on his guilty pleas to possessing a firearm as a felon and possessing marijuana with intent to distribute. Defendant completed the prison sentence and commenced supervised release on October 17, 2014.

On January 7, 2016, defendant filed a motion to terminate supervised release pursuant to 18 U.S.C. § 3583(e)(1). Under that statute, the district court may grant early termination if the defendant has completed at least one year of supervision, the government has been given notice and an opportunity to be heard, and termination is in the interest of justice based on the defendant's conduct and the pertinent sentencing factors under 18 U.S.C. § 3553(a). See United States v. Medina, 17 F. Supp. 2d 245, 245-46 (S.D.N.Y. 1998). Defendant has served more than one year of supervision, and the government does not oppose his request. Finally, given his good conduct while on supervision, the absence of ongoing correctional treatment needs, and the limitations on travel for work purposes imposed by his status, I find that termination of supervised release at this time would be in the interest of justice.

**THEREFORE, IT IS ORDERED** that defendant's motion for early termination of supervised release (R. 66) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 9th day of February, 2016.

/s Lynn Adelman
LYNN ADELMAN
District Judge